Brian M. Doherty, ABA # 8409077
bdoherty@dohertystuart.com
Ryan A. Stuart, ABA # 0706036
rstuart@dohertystuart.com
DOHERTY & STUART, PC
750 West 2nd Avenue, Suite 105
Anchorage, AK  99501
(907) 279-4506 • (907) 279-4507 Fax

Attorneys for Defendant Cordova Telephone Cooperative, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| R.T. CASEY, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>CORDOVA TELEPHONE COOPERATIVE, INC. and MID-STATE CONSULTANTS, INC.<br><br>       Defendants. | Case No. 3:12-CV-00085-TMB |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff R.T. Casey, Inc., Defendant Mid-State Consultants, Inc., and Defendant Cordova Telephone Cooperative, Inc., through respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1) stipulate to dismissal with prejudice of all claims against all parties brought, or that could have been brought, in the above-captioned case, with each party to bear their own costs and attorney fees. A proposed order of dismissal with prejudice is filed herewith.

  //

  //

  //

Dated this 26th day of November, 2013, at Anchorage, Alaska.

          By:  <u>/s/ A. Michael Zahare</u>
               A. Michael Zahare, ABA# 8411148
               MATTHEWS & ZAHARE, PC
               431 West 7th Avenue, Suite 207
               Anchorage, AK 99501
               (907) 276-1516
               mike.zahare@matthewszahare.com

               *Attorneys for Plaintiff R.T. Casey, Inc.*

Dated this 26th day of November, 2013, at Anchorage, Alaska.

          By:  <u>/s/ Nelson G. Page</u>
               Nelson G. Page, ABA# 7911121
               BURR, PEASE & KURTZ, PC
               810 N Street, Suite 300
               Anchorage, AK 99501
               (907) 276-6100
               ngp@bpk.com

               *Attorneys for Defendant*
               *Mid-State Consultants, Inc.*

Dated this 26th day of November, 2013, at Anchorage, Alaska.

          By:  <u>/s/ Ryan A. Stuart</u>
               Brian M. Doherty, ABA# 8409077
               Ryan A. Stuart, ABA# 0706036
               DOHERTY & STUART, PC
               750 West 2nd Avenue, Suite 105
               Anchorage, AK 99501
               (907) 279-4506
               bdoherty@dohertystuart.com
               rstuart@dohertystuart.com

               *Attorneys for Defendant*
               *Cordova Telephone Cooperative, Inc.*

Certificate of Service:
The undersigned hereby certifies that on November 26, 2013, a true and correct copy of this document was served on:

A. Michael Zahare, Esq.
Matthews & Zahare, P.C.
431 West 7th Avenue, Suite 207
Anchorage, AK 99501

Nelson G. Page, Esq.
Burr Pease & Kurtz, P.C.
810 N Street, Suite 300
Anchorage, AK 99501

By electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

/s/ Ryan A. Stuart
Ryan A. Stuart, ABA# 0706036
DOHERTY & STUART, PC