UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

R.T. CASEY, INC.,

        Plaintiff,

v.

CORDOVA TELEPHONE COOPERATIVE, INC. and MID-STATE CONSULTANTS, INC.

        Defendants.

Case No. 3:12-CV-00085-TMB

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having fully considered the parties' Stipulation for Dismissal with Prejudice, hereby ORDERS that all claims against all parties brought, or that could have been brought, in the above-captioned case are DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated this 27 day of November, 2013, at Anchorage, Alaska.

By: s/TIMOTHY M. BURGESS
Hon. Timothy M. Burgess
United States District Court Judge